November 15th, 2017

RECEIVED
IN CLERK'S OFFICE
NOV 29 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

| | |
|---|---|
| The People of Rutherford Co. | 14th Amendment |
| v. | and |
| The Powers of Rutherford Co. | States Constitution Declaration of Rights |
| | Articles I Sections I, II |

Plaintiffs: Sol D. Vecchio and...

| Plaintiffs | Defendants |
|---|---|
| Josh D. Kukuk | Patricia Taylor |
| Tyler C. Lane | Ben Hall McFarlin, Jr. |
| Daniel R. Burns | Barry R. Tidwell |
| Collin O. Russell | T. Franklin Gilly |
| Gerald D. Haney | Lisa A. Eischeid |
| Richard J. Cochran | Lisa Bell |
| Patrick Hix | Kenya Deal |
| Joseph Brown | Jessica Willis |
| Willard Childers | Jesicca L. Schonfeld |
| Gariean Simmons | |
| Nathan L. Bain | *Et al |
| Stephen M... | (...unknown) |

Case 3:17-cv-01502  Document 1  Filed 11/29/17  Page 1 of 7 PageID #: 1

November 15th 2017

In The United States District Court, Middle District of Tennessee:

A Class Action

    We, the undersigned members of this class, do affirm the following Statement of Fact to be true under the laws as we understand them. That we are residents of the great State of Tennessee and citizens of the United States we likewise declare. In addition we ask this honorable Court to, for a moment, overlook our status as inmates and the notoriety, infamy, or indiscretions of our pasts, and, if we may be so bold, pray that you look directly to the heart of our complaint. Which is this:

    We believe our judiciary has been corrupted. It has become a power arbitrary and self-serving. We submit that a colusion exists between law enforcement and members of the offices of our local courts to subvert, suppress, or otherwise circumvent our United States Constitutional rights, and our garuntees under State of Tennessee Declaration of Rights. These offenses have been ongoing for numerous years and

for me (Sol Vecchio) to put them all into words would be long and difficult. I will instead describe what is going on presently and hope that the Court might offer us some assistance of counsel to help wade through the years of disgrace.

"Bond Pumping" is a term we have coined to describe one way in which our Constitutional rights are being violated. Officers of the Murfreesboro Police Department are, in many instances, and on a regular basis, adding frivolous, false, or otherwise unsupportable charges in order to raise our bonds beyond a reasonable amount. This is done so often and with such malice with respect to our State and civil liberties that we submit it forms the basis of a system wide failure to uphold the United States Constitution. It also violates our gaurantees under Article I of our State of Tennessee Declaration of Rights. That our local district attorneys would condone, support, and in fact make use of these abuses is well below the cannon. To offer an imprisoned, an accused yet unconvicted person, an offer of "time served" in the negotiation of a plea bargain under these circumstances is such an egregious

principles of a free society that we, the people of this action, feel that whatever immunity a judiciary enjoys, in specific the Rutherford County Courts, should be stripped from them for the colusion to defraud and the conspiracy to offend.

We ask this honorable Court of the United States to stand up for our 14th Amendment rights. Please do not let the strong continue to prey upon the weak in Rutheford County. That Providence Community Corrections and Maximus probation before it were allowed to imprison us for debt is to our shame. We wish now to make amends with each other through the invocation of Article I, Sections I and II of the State of Tennessee Constitution Declaration of Rights. It is our duty to expose and depose corruption. This is our intent. We know our approach may be unique, but we are not lawyers. We are the People.

Sincerely,
Sol David Vecchio

\* Signatures attached.

1). Josh D. Kubuk [signature] 11/16/17 (191944)

2). Tyler C. Lane [signature] 11/16/17

3.) Daniel R. Burns [signature] 11-16-17

4) Collin O. Russell  Collin O. Russell  11-16-17

5) GERALD D. HANEY  Gerald D. Haney  11-16-17

6). RICHARD J. COCHRAN [signature] 11-18-17

7). Patrick Hix [signature] 11-18-17

8). Joseph Brown  Joseph T. Brown  11/18/17

9). Willard Childers  Willard Childers  11/18/17

10). Garieon J. Simmons [signature] 11/18/17

11). Nathan L. Bain  Nathan Bain  11-18-17

12). Stephen W. Martin [signature] (786585) 11-18-17

13).

To: United States District Court     11-21-17
From: Sol D. Vecchio
Re: Filing without prepaying     1 of 2 copies

Dear Sir,

    I, Sol Vecchio, and the members of the class action have requested our six months average of our inmate accounts signed and notorized from Srg. Curry, who is in charge of such things. It has been two weeks without a response so we have determined to proceed without them and respectfully ask the Court to considder that we are powerless to make the R.C.S.O. comply with our requests.

                            Sincerely,

                            Sol D. Vecchio

LEGAL and Confidential

Sal P. Vecchio
940 New Salem
M'boro, TN 37129

1 of 3

NASHVILLE TN 370
27 NOV 2017 PM 3 L

Clerk, US District Court
U.S. Courthouse, Room 800
Nashville, TN 37203

