To: Chief Judge Crenshaw
From: Sol Vecchio
Re: Prepayment of filing fees

December 27th, 2017

RECEIVED 1 of 3 copies
IN CLERK'S OFFICE
JAN 0 2 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

Dear Sir,

In regards to my cases ( 1501, 1502, 1503 ) with respect of my obligation concerning your order granting me 30 days to either pay the filing fee of $400 or provide an in pauperis form along with a signed and notorized statement of my inmate trust fund account the following are my efforts on this behalf:

1). I have filled out the in pauperis form and sent it to you.
2). While incarcerated I requested the information concerning my inmate account in a variety of ways. I sent the paper form attached to the in pauperis application to Sgt. Curry via one the officers. I spoke to Sgt. Curry several times as he passed out commissary on Thursday evennings and he confirmed that he was making an effort to comply with my request. I also used the electronic request system to ask for this completeled document ( notorized account statement ). After not receiving the information I requested for about one month I filed a grievance about this issue on the electronic system provided for inmates.
3). Attached is a copy of a letter I am now sending to Sgt. Curry via certified mail. Also attached is a copy of the U.S. Postal receipt of sending. I should also receive a confirmation of receipt back in the mail soon and can provide a copy of this if you should need it.
4). In the event that I am not approved to move forward in pauperis I have made arrangements to borrow the filing fee of $400 dollars from loved ones. They are willing because not only do they love me but they believe in the rightness of my cause. However, after posting my bond of $12000 I feel I can only accept their help as a very last resort.

Your Honor, it is my fervent wish to advance my suit. I realize I am attempting something very difficult but I assure you I am willing to pour every ounce of my being into it. As the narrative of my complaints emerge I believe the facts will prove them to be both valid and worthy.

Also, I am enclosing the complaint which I neglected to sign. I had intended to amend it but now, after carefull thought, I will submit it back as is and signed as you orderred.

Sincerely,
Sol Vecchio

*[signature]* 12-27-17

To: Sgt. Curry
From: Sol Vecchio
Re: Requests for information

December 26th, 2017

1 of 3 copies

Sgt. Curry,

During my recent stay as an inmate I had requested several time for you to provide me with a signed and notorized statement which reflects a six month's average of my inmate account. Since I was not incarcerated for a full six months it would simply need to be **a monthly average for my stay from September 8, 2017 until November 30, 2017.**

I realize that you probably did attempt to give me this document but I had already been released. However, it is still imperative that I get this information. I am enclosing a stamped envelope with my mailing address on it for your convenience. Please send me this notorized document as soon as possible because time is of the essense in this matter.

Also, let me say that I appreciate your help.

Respectfully,

Sol Vecchio

*[signature]* 12-27-17

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

MURFREESBORO, TN USE 0842 07

| Certified Mail Fee | $3.35 | |
| --- | --- | --- |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $2.75 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.49 | |
| $ | | 12/26/2017 |
| Total Postage and Fees | | |
| $ | $6.59 | |
| Sent To | | |
| Street and Apt No., or PO Box No. | | |
| City, State, ZIP+4® | | |

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 0660 0001 1257 6010

November 20th, 2017

RECEIVED
IN CLERK'S OFFICE
NOV 28 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Sol David Vecchio

v.

Jeff Carol, M.P.D.
Officer Gibs, M.P.D.
Shawn Jensen, M.P.D.

Police harrassment, False arrest, false imprisonment, Miranda violations, wreckless endargerment, illegal search and seizure, endargerment of a minor, "bond pumping"

S/ Vecki 12-27-17

November 20th, 2017

Complaint #2

In the United States District Court,

Middle District of Tennessee:

A Statement of Fact

    I, Sol Vecchio, do swear and affirm that a sustained campaign of harrassment has been perpatrated against my person and my residences, 210 Rushwood Ln and 636 Old Salem Rd, in the city of Murfreesboro, by officers: Jeff Carol, Officer Gibs, and others of the Murfreesboro Police Department.
    Officer Jeff Carol has on numerous occasions, since 2013, sat in his patrol car near my residence and pulled over anyone leaving my home. On one very upsetting occasion he even pulled over my eleven year old daughter as she was leaving with my mother-in-law after a visitation. Also he has told anyone he's pulled over that I'm a less than desireable friend - a junkie, a drug dealer, and a scumbag. Word has gotten back to me about these things from my friends who have been harrassed leaving both residences.
    This campeign has culminated into an all out military style assault on the residence

at 636 Old Salem complete with grenades and live amunition. A large hole was blown into one side of the house. I was not present when the raid took place but four adults and one infant boy were put in danger by these deranged tactics. My brother, Happy Vecchio, was present and a completely bogus warrant had been issued for both his and my own arrests. (Happy Vecchio was subsequently released after five or six days at his arraingment with an appology.) I was arrested upon returning home on a completely bogus driving on revoked charge, at which time narcotics officer Shawn Jensen and patrol officer Travis Ledford questioned me for about an hour. I was then transported from 636 Old Salem to the jail at 940 New Salem Rd and read my Miranda rights. Nearly all of the six charges that day were completely falsified. I have been held at the jail since that day of Sept. 8th, 2017 on an inflated bond. Inflated by false charges.

Thank you for your time and attention. For this I seek a monitary restitution or award as deemed fitting to this honorable Court.

X/s/ [signature]   12.27.17

Sol D. Vecchio
940 New Salem
M'boro, TN 37129



3 of 3  NASHVILLE TN 370
27 NOV 2017 PM 7 L

Clerk, U.S. District Court
U.S. Courthouse, Room 800
Nashville, Tennessee 37203

RECEIVED
IN CLERK'S OFFICE
NOV 2 8 2017
U.S. DISTRICT COURT
MIL DIST TENN.

LEGAL and Confidential

Case 3:17-cv-01502  Document 8  Filed 01/02/18  Page 7 of 8 PageID #: 30

Sol Vecchio
1733 Sheffield St.
Middletown, OH
45044

RECEIVED
IN CLERK'S OFFICE
JAN 02 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk, U.S. District Court
U.S. Courthouse, Room 800
Nashville, Tennessee 37203