UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Daniel R. Burns, et al.
                Plaintiff,

v.                           Case No.: 3:17–cv–01502

Patricia Taylor, et al.
                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/21/2018 re [10].

                                              Keith Throckmorton, Clerk
                                              s/ Alia D. Morgan, Deputy Clerk